UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ANGELA MENSAH, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:18-cv-02870 |
| | ) |
| – vs – | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (A)(1)(A)(I)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and as a result of early settlement efforts, the Plaintiff Angela Mensah hereby gives notice that the above captioned action is voluntarily dismissed WITH PREJUDICE against the Defendant GC Services, LP.

RESPECTFULLY SUBMITTED,

Dated: October 2, 2018        By:    */s/ Peter Cozmyk*
                                      Peter Cozmyk
                                      Attorney-in-charge
                                      Ohio Bar # 0078862
                                      Cozmyk Law Offices, LLC
                                      6100 Oak Tree Blvd., Ste 200
                                      Independence, OH 44131
                                      Tel. (877) 570-4440

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 2nd day of October 2018, I sent a copy of the foregoing Notice of Dismissal to the following address by mail.

     GC Services, LP
     6330 Gulfton St.
     Attn: Law Department
     Houston, TX 77081-1108

     A copy of the forgoing Notice of Dismissal was also sent to the following Defense counsel by email.

     Meredith Wolfe
     THE RUDNICKI FIRM
     Direct: (405) 342-4997
     Facsimile:  (405) 445-7421
     meredith@rudnickifirm.com

By:*/s/ Peter Cozmyk*
Peter Cozmyk
Attorney-in-charge
Ohio Bar # 0078862
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd., Ste 200
Independence, OH 44131
Tel. (877) 570-4440