United States District Court
Southern District of Texas
**ENTERED**
October 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA MENSAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-2870 |
| | § | |
| GC SERVICES, L.P., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entries No. 6), this action is dismissed with prejudice.

SIGNED on October 2, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge